# United States Bankruptcy Court
## Southern District of Ohio

In re  **Stephanie L Cyrus**
_____
Debtor(s)

Case No. _____

Chapter  **13**  _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **11/12/2024**
_____

**/s/ Stephanie L Cyrus**
_____
**Stephanie L Cyrus**
Signature of Debtor